IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MINDY ENGEN                                                                                    PLAINTIFF

v.                                      Case No. 5:24-cv-05180

BOARD OF TRUSTEES OF
THE UNIVERSITY OF ARKANSAS                                                       DEFENDANT

## ORDER

Before the Court is Defendant's Motion for Summary Judgment. (ECF No. 20). Plaintiff has filed a response. (ECF No. 23). Defendant has filed a reply. (ECF No. 24). The Court finds this matter ripe for consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 20) should be and hereby is **GRANTED**. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of November, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge